1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  BRIAN KNIGHT,                          )    CIVIL NO. 2:18-cv-1654-RSL-BAT
                                          )
10                      Plaintiff,        )    ORDER FOR ATTORNEY'S FEES
                                          )    PURSUANT TO 42 U.S.C. § 406(b)
11  vs.                                   )
                                          )
12  COMMISSIONER OF SOCIAL SECURITY,      )
                                          )
13                      Defendant.        )
                                          )
14
    Defendant.
15

16      THIS MATTER having come on regularly before the undersigned upon Plaintiff's

17  Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the

18  contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order,

19  now therefore, it is hereby

20      ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of

21  $5,945.68, pursuant to 42 U.S.C. § 406(b).

22      If the Social Security Administration is still withholding this amount, it is directed to

23  send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by

24  statute.

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 2:18-cv-1654-RSL-BAT] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98101

(206) 623-0900

1

2          Dated this 12th day of April, 2022.

3

4

5                                              _MW S Lasnik_
                                               ROBERT S. LASNIK
6                                              United States District Judge

7

Presented by:

8

9

10

S/AMY GILBROUGH

11

AMY GILBROUGH, WSBA #26471

12

Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 2:18-cv-1654-RSL-BAT] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98101

(206) 623-0900